UNITED STATES DISTRICT COURT
FOR THE Northern District of Texas
Dallas

| | |
|---|---|
| USA | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case Number: 3:22–mj–00626–BT |
| | ) |
| Jimmie Lee Walton | ) |
|     Defendant. | ) |

## ORDER OF TEMPORARY COMMITMENT

On this date the defendant made an initial appearance after having been arrested in this district for an offense against the laws of the United States.

The government moved for a hearing to determine whether any condition or combination of conditions will reasonably assure the defendant's appearances and the safety of any other person and the community (18 U.S.C. § 3142(f), as amended P.L. 98–473, 98 Stat. 1873).

The defendant moved for a continuance of such hearing. IT IS, THEREFORE, ORDERED that the hearing is to be held on 7/1/2022 at 09:30 AM before Magistrate Judge Irma Carrillo Ramirez, unless extended for good cause.*

IT IS FURTHER ORDERED that the defendant is committed to the custody of the United States Marshal for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal, pending the above scheduled detention hearing.

A copy of this order shall be transmitted to counsel for the parties.

SIGNED 6/24/2022.

*(signature)*

Renee Harris Toliver
Magistrate Judge

---

\* A continuance on behalf of the government will be granted without a hearing only upon the written consent of the Defendant or his attorney. A continuance on behalf of the Defendant will be granted without a hearing upon the written request of the Defendant or his attorney. Continuances shall not exceed five work days from the original setting for the Detention Hearing.